IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ortiz, Maria E

Printed: 12/10/08

Case Number: 05 B 02774
Judge: Hollis, Pamela S
Filed: 1/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 24, 2008
Confirmed: March 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,810.00 |  |
| Secured: |  | 8,121.55 |
| Unsecured: |  | 1,393.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 592.59 |
| Other Funds: |  | 2.00 |
| Totals: | 11,810.00 | 11,810.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 1,700.00 | 1,700.00 |
| 2. | Citizens Bank | Secured | 8,121.55 | 8,121.55 |
| 3. | World Financial Network Nat'l | Unsecured | 35.26 | 58.98 |
| 4. | ECast Settlement Corp | Unsecured | 61.62 | 103.06 |
| 5. | World Financial Network Nat'l | Unsecured | 42.74 | 71.50 |
| 6. | Citizens Bank | Unsecured | 475.07 | 794.65 |
| 7. | National Capital Management | Unsecured | 218.62 | 365.67 |
| 8. | US Cellular | Unsecured |  | No Claim Filed |
| 9. | US Cellular | Unsecured |  | No Claim Filed |
| 10. | Charter One Bank | Unsecured |  | No Claim Filed |
| 11. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Citizens Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,654.86 | $ 11,215.41 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 43.56 |
| 3% | 27.16 |
| 5.5% | 166.11 |
| 5% | 45.30 |
| 4.8% | 94.23 |
| 5.4% | 190.48 |
| 6.5% | 25.75 |
|  | $ 592.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ortiz, Maria E

Printed: 12/10/08

Case Number:  05 B 02774
Judge:  Hollis, Pamela S
Filed:  1/28/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

